THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**SYNCFUSION, INC.,**<br><br>　　　　**Defendant.** | C. A. No. 23-cv-00456-CFC |

**JOINT STIPULATION TO STAY ALL PENDING DEADLINES
AND NOTICE OF SETTLEMENT**

　　Plaintiff Digital Verification Systems, LLC and Defendant SyncFusion, Inc. (collectively "the Parties") respectfully notify the Court that the Parties have reached a settlement in principle.

　　The Parties also respectfully request that the Court stay all pending deadlines for thirty (30) days, up to and including June 30, 2023, while the Parties finalize their resolution of this lawsuit, including the submission of a Motion to Dismiss. The requested stay is not for delay, but only to allow for an orderly resolution of this lawsuit.

　Dated:　June 2, 2023

| | |
|---|---|
| PHILLIPS MCLAUGHLIN & HALL, P.A. | SMITH ANDERSON |
| /s/ *Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | /s/ *Kelsey I. Nix*<br>Kelsey Nix (*pro hac vice* forthcoming)<br>New York State Bar No. 2191633<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>Post Office Box 2611<br>Raleigh, North Carolina 27602-2611<br>Telephone: (919) 821-1220<br>knix@smithlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED this ___ day of June , 2023.

_____
The Honorable Colm F. Connolly
United States District Court Judge