## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>　　**Plaintiff,**<br><br>　v.<br><br>**SYNCFUSION, INC.,**<br><br>　　**Defendant.** | C.A. No.: 23-456-CFC |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Digital Verification Systems, LLC and Defendant SyncFusion, Inc. hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

Dated:  June 21, 2023

| | |
|---|---|
| PHILLIPS MCLAUGHLIN & HALL, P.A.<br><br>/s/ *Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com | SMITH ANDERSON<br><br>/s/ *Kelsey I. Nix*<br>Kelsey Nix (*pro hac vice* forthcoming)<br>New York State Bar No. 2191633<br>SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP<br>Post Office Box 2611 |

mch@pmhdelaw.com

*Attorneys for Plaintiff*

Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
knix@smithlaw.com

*Attorneys for Defendant*

IT IS SO ORDERED this 21st day of June, 2023.

_____
The Honorable Colm F. Connolly
Chief Judge, United States District Court